Opinion by McCLELLAND, P. J.   It was stipulated that the merchandise consists of boxes containing canned mandarin oranges the same as those passed upon in *Nozaki* v. *United States* (C. D. 61).   They were therefore held free of duty as nonreusable containers of specific-duty merchandise as claimed.

**No. 40921.**—Protests 941176–G, etc., of Nozaki Bros., Inc. (Baltimore).

Opinion by McCLELLAND, P. J.   It was stipulated that the merchandise consists of boxes containing canned mandarin oranges the same as those passed upon in *Nozaki* v. *United States* (C. D. 61).   They were therefore held free of duty as nonreusable containers of specific-duty merchandise as claimed.

**No. 40922.**—Protest 981228–G of Frazar & Co. (New York).

Opinion by McCLELLAND, P. J.   It was stipulated that the merchandise consists of boxes containing canned mandarin oranges the same as those passed upon in *Nozaki* v. *United States* (C. D. 61).   They were therefore held free of duty as nonreusable containers of specific-duty merchandise as claimed.

**No. 40923.**—Protests 796638–G (B), etc., of Beaumont & Berliner, Inc., et al. (New York).

Opinion by FIRST DIVISION.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 40924.**—Protests 934942–G, etc., of Biddle Purchasing Co. et al. (New York).

Opinion by FIRST DIVISION.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, MARCH 24, 1939

**No. 40925.**—Protests 954667–G, etc., of O. Yoshizawa Co. (New York).

Opinion by KINCHELOE, J.   It was stipulated that the merchandise consists of imitation leather hat sweats the same as those the subject of Abstract 39152. The claim at 37½ percent under paragraph 919 was therefore sustained.

**No. 40926.**—Protests 921661–G, etc., of Associated Merchandising Corp. et al. (New York).

Opinion by DALLINGER, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 40927.**—Protest 835513–G of F. Weber Co., Inc. (Philadelphia).

Opinion by DALLINGER, J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.